# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

|  |  |  |
|---|---|---|
| MIGUEL ANGEL URRUTIA-TRUJILLO, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | No. 2:26-cv-02271-TLP-cgc |
| v. | ) | |
| | ) | |
| SCOTT LADWIG, DEPARTMENT OF | ) | |
| HOMELAND SECURITY, PAMELA | ) | |
| BONDI, EXECUTIVE OFFICE FOR | ) | |
| IMMIGRATION REVIEW, and TRINITY | ) | |
| MINTER,[1] | ) | |
| | ) | |
| Respondents. | ) | |

## ORDER DIRECTING RESPONDENT TO SHOW CAUSE AND DIRECTING THE CLERK TO SERVE PETITION

Petitioner Miguel Angel Urrutia-Trujillo, a noncitizen detained in the Western District of Tennessee, petitioned for a writ of habeas corpus under 28 U.S.C. § 2241.  (ECF No. 1.)

The Court respectfully **DIRECTS** the Clerk to serve a copy of the § 2241 Petition and this Order on Respondent by certified mail and provide a copy of the § 2241 Petition and this Order to the United States Attorney for the Western District of Tennessee.  The Clerk shall also serve the United States Attorney for the Western District of Tennessee electronically at the following email address: stuart.canale@usdoj.gov.  Under Federal Rule of Civil Procedure 4(i),

---

[1] Chistopher Bullock is the current Field Office Director at the U.S. Immigrations and Customs Enforcement New Orleans Field Office.  *See Deepak v. Ladwig*, No. 26-2218, ECF No. 12 at PageID 59 (W.D. Tenn.).  So the Court respectfully DIRECTS the Clerk to modify the docket to reflect "Christopher Bullock" as Respondent.

1

the Clerk shall send copies of the § 2241 Petition and this Order by certified mail to U.S. Attorney General Pamela Bondi.

Under the Court's authority under the All Writs Act, 28 U.S.C. § 1651, the Court **ORDERS** Respondent not to remove Petitioner from the Western District of Tennessee while the § 2241 Petition is pending. *See A.A.R.P. v. Trump*, 145 S. Ct. 1364, 1369 (2025).

Given the issues raised in the § 2241 Petition, the Court **ORDERS** Respondent to show cause in writing on or before close of business on Friday, March 27, 2026, why the § 2241 Petition should not be granted. *See* 28 U.S.C. § 2243. Respondent shall include in the return a thorough discussion of all facts and law relevant to the § 2241 Petition.

And the Court **ORDERS** Petitioner to file a reply on or before the close of business on Friday, April 3, 2026. If Petitioner asserts that there are issues of fact necessary to be addressed at a hearing, Petitioner shall inform Respondent of those issues in the reply.

If necessary, the Court will set a hearing by separate order. *See* 28 U.S.C. § 2243.

**SO ORDERED**, this 20th day of March, 2026.

s/Thomas L. Parker
THOMAS L. PARKER
UNITED STATES DISTRICT JUDGE